IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MYPARKINGTICKETS.COM LLC

v.

THE CITY OF NEW YORK ET AL

CRIMINAL/CIVIL ACTION NO.

REC'D DEC 28 2023

-vs-

Who oppose vehicle ownership

Venue is proper because forces obstructed the previous filing of this action they literally took the file from EDNY's Courthouse

CIVIL ACTION

REQUEST

While operating under the color of law the named parties + the et al defendants in gross violation of the Interstate Commerce Act implemented a discriminatory parking ticket system which deprived motorists from New York to the state of California

The system constitute predatory lending effected via acts of overt predatory enforcement

PRINTED NAME: for MyParkingTickets.com LLC
ADDRESS: 6355 El Cajon Blvd
ST 124 PMB 137
San Diego CA 92115
SIGNATURE:
DATE:

Demand for Voir Dire
Demand for Jury Trial
Demand for Discovery
Demand for 1.7 Trillion GBP

Additional Class Action

03/2019