UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MYPARKINGTICKETS.COM LLC,

                Plaintiff,

-against-

THE CITY OF NEW YORK,

                Defendant.

24-CV-0397 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the March 14, 2024, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 14, 2024
             New York, New York

                                              /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                      Chief United States District Judge